AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York ▾

JEAN LOUIS GUILLOT )
)
)
)
―――――――――――――――― )
*Plaintiff(s)* )
v. ) Civil Action No.  25-cv-04069-NGG-ARL
NORTH SHORE EQUITIES GROUP INC., NORTH )
SHORE EQUITIES INC. (d/b/a NORTH SHORE )
GALLERIES), NORTH SHORE GALLERIES INC., )
ANTHONY C. SALIBA, KRISTEN PEDALINO, et al. )
―――――― See attached rider ―――――― )
*Defendant(s)* )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kenneth G. Walsh
59 Kensico Rd. Suite 7
Thornwood, New York 10594
(929) 241-7307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:    7/24/2025



*Sandra Felgueiras*

―――――――――――――――――――――――
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
——————————————————————X

JEAN LOUIS GUILLOT,

                **Plaintiff,**                              **Case No.**

    **-against-**

NORTH SHORE EQUITIES GROUP INC.,
NORTH SHORE EQUITIES INC. (d/b/a
NORTH SHORE GALLERIES),
NORTH SHORE GALLERIES INC.,
ANTHONY C. SALIBA,
KRISTEN PEDALINO and
JOHN DOE NO. 1

                **Defendants.**
——————————————————————X

Rider to the *Guillot v. North Shore Equities Group, Inc., et al*. Summons

1. **North Shore Equities Group Inc.**
   1510 Rocky Point Road,
   Middle Island, New York 11953-1234

2. **North Shore Equities Inc.**
   1510 Rocky Point Road,
   Middle Island, New York 11953-1234

3. **North Shore Galleries Inc.**
   1510 Rocky Point Road,
   Middle Island, New York 11953-1234

4. **Anthony C. Saliba**
   120 Lenore Lane,
   Centereach, New York 11720-4141

5. **Kristen Pedalino**
   2746 N. Wading River Road,
   Wading River, New York 11792-1405

6. **John Doe No. 1**
   Address Unknown

1